UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILFRED GUY, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-2792 c/w** |
| | **13-5033** |
| **JAMES M. LEBLANC, ET. AL.** | **SECTION: "E" (4)** |

*Applies to: Both Cases*

### O R D E R

The Court, having considered the complaint,[1] the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge,[2] and the plaintiff's objections to the Magistrate Judge's Partial Report and Recommendation,[3] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Wilfred Guy, Sr.'s 42 U.S.C. § 1983 claims arising out of grievance one[4] against defendants Warden Robert C. Tanner, Sergeant Coleman Polk, Sergeant Ronnie Spears, Deputy Warden Keith Bickham, and Secretary James LeBlanc are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

---

[1] R. Doc. 1.

[2] R. Doc. 29.

[3] R. Doc. 30.

[4] Administrative Remedy Procedure ("ARP") RCC-2013-14. *See* R. Doc. 29 at pp. 4-8.

**IT IS FURTHER ORDERED** that plaintiff Wilfred Guy, Sr.'s 42 U.S.C. § 1983 claim arising out of grievance one[5] against Beverly T. Kelly, Executive Staff Officer of the BB "Sixty" Rayburn Correctional Center, shall remain pending at this time.

**IT IS FURTHER ORDERED** that plaintiff Wilfred Guy, Sr.'s claims, to the extent they arise out of grievances two,[6] three,[7] or four,[8] are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

New Orleans, Louisiana, this 5th day of January, 2015.

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[5] ARP-RCC-2013-14. *See* R. Doc. 29 at pp. 4-8.

[6] ARP-RCC-2013-36. *See* R. Doc. 29 at pp. 8-9, 15-17.

[7] ARP-RCC-13-0036. *See* R. Doc. 29 at pp. 9-10, 15-17.

[8] ARP-RCC-2013-109. *See* R. Doc. 29 at pp. 10-11, 15-17.