UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILFRED GUY SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-2792** |
| **JAMES M. LEBLANC SECRETARY DOC, ROBERT C. TANNER WARDEN OF B.B. SIXTY RCC, KEITH BICKHAM, DEPUTY WARDEN B.B. 60 RCC, BEVERLY T. KELLY EXEC. STAFF OFF. B.B. 60 RCC, COLEMAN POLK SGT. B.B. SIXTY RCC, RONNIE SPEARS SGT. B.B. SIXTY RCC** | **SECTION "E"(4)** |

### ORDER AND REASONS

Before the Court is a pleading submitted by the plaintiff, Wilfred Guy, Sr., which was docketed by the Clerk of Court, based on the indecipherable caption and title of the document, as a **Motion for Leave to File Amended Complaint (Rec. Doc. No. 67)**. Having thoroughly reviewed the pleading and the attachments, the Court finds that Guy is attempting to amend and supplement his Opposition Memorandum (Rec. Doc. No. 65) in response to the Motion to Dismiss (Rec. Doc. No. 63) filed by the sole remaining defendant, Beverly T. Kelly. Guy's motion is construed as such and will be addressed only as a request to amend and supplement his Opposition Memorandum.

Pursuant to Fed. R. Civ. P. 15(a)(1)(A) and (d), a party can amend a pleading "once as a matter of course" within 21 days after service of the pleading to be amended, and the Court also has the discretion to allow the supplementation of a pleading on just terms. The Clerk of Court received and filed Guy's original Opposition Memorandum and this Motion to File an Amended and Supplemental Opposition on February 5, 2015. Guy did not require leave of court to amend his Opposition Memorandum received contemporaneously. Nevertheless, finding no prejudice to the remaining defendant and in affording latitude to Guy, acting pro se, the Court will allow him to file

the Amended and Supplemental Opposition Memorandum and the pleading will be considered in due course with the pending motion to dismiss. Accordingly,

**IT IS ORDERED** that Guy's **Motion for Leave to File Amended Complaint** is construed as a **Motion for Leave to File an Amended and Supplemental Opposition (Rec. Doc. No. 67)** and as such, it is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Clerk of Court** shall **FILE AND DOCKET** a copy of Record Document No. 67 as an Amended and Supplemental Opposition Memorandum in response to the defendant's pending Motion to Dismiss (Rec. Doc. No. 63).

New Orleans, Louisiana this  30th  day of April, 2015.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**