UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILFRED GUY SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-2792 c/w** |
| | **13-5033** |
| **JAMES M. LEBLANC, ET AL.** | **SECTION "E"(4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Wilfred Guy Sr.'s 42 U.S.C. § 1983 claims against defendant, Officer Beverly T. Kelly, for false disciplinary charges and violation of due process are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted until such time as the conditions announced in *Heck v. Humphrey*, 512 U.S. 477 (1994) and *Edwards v. Balisok*, 520 U.S. 641 (1997) are met.

**IT IS FURTHER ORDERED** that Officer Beverly T. Kelly's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Rec. Doc. No. 63) is **GRANTED** to the extent it seeks dismissal of Guy's § 1983 retaliation claim for failure to assert a constitutional violation and that Guy's § 1983 retaliation claim against Officer Kelly is **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief can be granted.

New Orleans, Louisiana, this 10th day of August, 2015.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**